

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVE PRYOR, individually, and on behalf of all others similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> MIRIAM MABEL BROWN and DAVID LOPEZ, <br><br> Objectors - Appellants, <br><br> v. <br><br> BLACKHAWK NETWORK, INC., doing business as Blackhawk Engagement Solutions, <br><br> Defendant - Appellee. | No. 24-4326 <br><br> D.C. No. 3:22-cv-07084-CRB <br> Northern District of California, San Francisco <br><br> ORDER |

A review of this court's docket reflects that the filing and docketing fees for this appeal remain due. Within 21 days after the date of this order, appellants must pay to the district court the $605.00 filing and docketing fees for this appeal and file in this court proof of such payment or file in this court individual motions to proceed in forma pauperis. Failure to pay the fees or file motions to proceed in forma pauperis will result in the dismissal of the appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

The filing of motions to proceed in forma pauperis will stay the briefing schedule. *See* 9th Cir. R. 27-11.

The Clerk will serve a Form 4 financial affidavit on appellants.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT