IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

In re:  Blackhawk Networks Data  )      Cases 24-4326
        Breach                   )            24-6906

## **STATUS REPORT**

At the request of Class Counsel, the appellants Mabel Brown and David Lopez tendered a proffered appeal bond in the reasonable amount of $224 to the district court.  However, the placed the wrong docket number on the check (they used the prior case number that was merged into the Pryor case) and letter.  It is unknown what the district court clerk did with it.  It has not been returned to Appellant Brown.

On March 11, 2025, Appellant Brown tendered a fair $200 appeal bond to the district court with the correct docket number.  To date, the district court did not docket the proffer or cash the money order.  It has not been returned to Appellant Brown.

Appellants cannot force the district court clerk to cash the proferred bond.  It is believed they are refusing to accept it or file the document.

/s/ David Lopez
Appellant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BLACKHAWK NETWORK DATA BREACH LITIGATION

This Document Relates To: ALL ACTIONS          Case No. 3:22-cv-07084-CRB

## NOTICE OF PROFERRED COST BOND

Per the request of Class Counsel, the undersigned proffers a realistic cost bond of $200.00 with respect to the appeal docketed at 24-4326 (9th Circuit).

Appellant does not proffer a realistic cost bond as to 24-6906 (9th Circuit) as no cost bond has been sought.

Dated this 1st day of March 2025.

*MIRIAM MABEL BROWN*

Miriam "Mabel" Brown
Box 9007
Providence RI  02940
mbrown@sunchannel.net

Blackhawk        M Brown 3:22-cv-07084-CRB

Ask a store associate for details.
and many other payments through Western Union?
Did you know you can make utility, auto loan, mortgage
AGT 243430 LOC 32 DT 030625 $200.00 2HUNDREDDOLLARS
AND NO CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

★   1 9 6 8 1 4 0 2 0 8 5   ★



↓ *LOAD THIS DIRECTION, THIS SIDE UP*

↓ *LOAD THIS DIRECTION, THIS SIDE UP*


**UNITED STATES POSTAL SERVICE**

March 12, 2025

Dear M Brown:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8301 0935 5002 8738 93**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | March 11, 2025, 12:49 pm |
| **Location:** | SAN FRANCISCO, CA 94102 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | Clerk of Court |
| **Actual Recipient Name:** | M G |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 0.0oz |

**Recipient Signature**

Signature of Recipient: *USDC USDC*

450 GOLDEN GATE AVE FL 6,
SAN FRANCISCO, CA 94102

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004